IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00578-CMA-CBS

STATES RESOURCES CORP., an Iowa corporation,

    Plaintiff,

v.

GEORGE T. COOK, a/k/a
GEORGE TRENT COOK,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on Plaintiff's Motion To Dismiss (Doc. # 5). The Court having considered the Motion, hereby

ORDERS that this matter is DISMISSED WITHOUT PREJUDICE.

DATED: May __07__, 2010

                                                     BY THE COURT:

                                                     _____
                                                     CHRISTINE M. ARGUELLO
                                                     United States District Court Judge